JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL RODRIGUEZ-VASQUEZ, | Case No. 2:21-cv-03640-SVW-AFM |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of MARIBEL RODRIGUEZ-VASQUEZ, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:   August 17, 2021

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE